**Bob HUFF v. STATE.**

No. 18958.

Court of Criminal Appeals of Texas.

Feb. 10, 1937.

W. W. Ballard and Jno. Davenport, both of Wichita Falls, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is robbery; penalty assessed at confinement in the penitentiary for seven years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

**Floyd JOHNSON v. STATE.**

No. 18936.

Court of Criminal Appeals of Texas.

Feb. 10, 1937.

W. W. Tupper, of San Angelo, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Theft, a felony, is the offense; penalty assessed at confinement in the penitentiary for two years.

Upon the written request of the appellant, duly verified by his affidavit. the appeal is dismissed.